# EXHIBIT C

Matson

727 Shelikof Street
Kodiak, AK 99615
Tel 907.481.4200
www.matson.com

May 10, 2024

To: Kodiak JPLRC

From: Sara Fraser
Matson General Manager, Kodiak Operations

Matson leases the WBT to Paradigm Marine, LLC pursuant to a multi-year lease. Matson is a passive landlord in that it does not monitor Paradigm's activities at WBT, which is five miles from Matson's administrative offices at Pier II. Matson does not control or limit Paradigm's customers or business relationships.

Paradigm was recently asked about the presence of a top pick and containers at WBT, after these were brought to Matson's attention by the Union. In response, Paradigm informed Matson that Paradigm had recently purchased the top pick and that its use is limited to moving Paradigm containers within the terminal. The containers are owned by Paradigm, do not contain cargo and, rather, are used as sheds for storage of Paradigm equipment and marine salvage, firefighting, and spill response materials. Paradigm is attesting to this information pursuant to its signature below.

Matson does not believe that Paradigm's use of its top pick and containers in this manner is improper under the AALA. It is Matson's position that the entirety of Section 1 only applies to facilities that are operated by Signatory Employers, and not facilities which are leased out to non-signatories and handle no cargo of signatory employers. For example, Section 1.21 explicitly refers to a signatory employer performing the dock and terminal work, and all work at WBT is performed by non-signatory Paradigm. Even if Section 1 had any application to facilities not operated by signatory employers, Sections 1.1 and 1.11 do not apply as there has been no known movement of cargo to and from vessels.

The Paradigm lease, in Section 3.3, requires payment of wharfage and dockage "for all Cargo-Handling Activity occurring at the Premises." Paradigm is required to provide Matson with "wharfage weight, vessel dockage, and other information for cargo vessels using the dock" each month. Paradigm has never notified Matson of any such use and as a result, Matson – either through the Kodiak office or any other office – has never charged Paradigm for wharfage or dockage. Paradigm is not a common carrier of cargo. Neither Paradigm nor its moorage or other customers are engaged in cargo-handling activity at WBT. Paradigm may move its own containers within the terminal, as described above, and may assist in lifting of items from moored vessel to the dock, but the items are limited to vessel equipment, stores, and property owned by Paradigm or its customers, and are not cargo.

Although outside the scope of a Section 1.11(a) request, this will also respond to the Union's expressed concern about lines handling at WBT. Matson respectfully disagrees that AALA or ILWU jurisdiction extends to such activity at WBT. Section 1.31, which concerns lines handling for cargo vessels, does not apply to Paradigm or its customers' vessels which are not engaged in cargo-handling activities.

The Kodiak port working rules do not apply to WBT because Matson does not operate WBT and is only a passive landlord. Its ownership of WBT is irrelevant even under LOU 12, which clarified Union jurisdiction over public docks but did not extend it to private docks other than for specific

Cc: Alaska Longshore Division Officers

727 Shelikof Street
Kodiak, AK 99615
Tel 907.481.4200
www.matson.com

instances that do not include port working rules. The LOU 12 negotiators did consider the Kodiak port working rules at that time, but only to acknowledge an agreement reached at the local level that the rules would be amended to remove redundancies or inconsistencies with the AALA and to set a two hour minimum dispatch notice. Nothing in the letter referenced in LOU 12 Sec. 7 extends jurisdiction. That said, even if the Kodiak port working rules were somehow construed to apply to WBT, about which Matson disagrees, Article II(A) of those rules recognizes that tug crews normally will handle the lines for barges unless conditions require additional help.

Sara Fraser
Matson Terminal Manager

Attestation by Paradigm of information in Second Paragraph:

Nickie Sutherlin

Paradigm Marine LLC

Cc: Alaska Longshore Division Officers