# EXHIBIT D

Ballard Spahr LLP

*Lane Powell has combined with Ballard Spahr.*

1600 A Street, Suite 304
Anchorage, AK 99501-5148
TEL 907.277.9511
FAX 907.276.2631
www.ballardspahr.com

Michael B. Baylous
907.264.3303
baylousm@ballardspahr.com

January 17, 2025

**VIA ELECTRONIC MAIL (sully@paradigmmarine.com)**

Sully Sutherlin
Paradigm Marine, LLC
7205 W. Rezanof Dr.
Kodiak, AK 99615

Re: Paradigm's Request for Change of Use of Womens Bay Terminal

Mr. Sutherlin:

We write on behalf of Matson Navigating Company of Alaska, LLC ("Matson") to further address Paradigm Marine, LLC's ("Paradigm") request that Matson consent to the United States Coast Guard ("Coast Guard") utilizing the Womens Bay Terminal ("Terminal") as a temporary base under the November 1, 2020 Lease Agreement ("Lease") between Matson and Paradigm.

Thank you for providing the less-redacted copy of Paradigm's proposal to the Coast Guard and a copy of the draft Mooring Lease proposed by the Coast Guard. This response is without any waiver of our rights to request additional information or removal of certain redactions. The additional information provided, however, does not change Matson's position (articulated in prior correspondence) that the Coast Guard's use of the Terminal would constitute a change of use under Lease, subject to Matson's approval.

Unfortunately, the ILWU has explicitly stated and continues to maintain that it would have jurisdiction over certain work that would be performed at the Terminal associated with the Coast Guard's occupancy.

Matson continues to disagree with ILWU's position and plans to request an expedited review of these issues in arbitration. While Matson continues to make every effort to obtain a prompt decision on this issue, it does not control how quickly this matter can

be resolved, by arbitration or otherwise. To be clear, Matson cannot provide its consent while this jurisdictional issue remains unresolved.

At this time, Matson can only consent to Paradigm's proposal to the Coast Guard if Paradigm and the Coast Guard allow ILWU to perform certain work (i.e.line handling, security, and movement of stores). Matson will eliminate this condition if it receives a favorable decision in arbitration.

Please let us know if a meeting with Matson, Paradigm and the Coast Guard might be beneficial to discuss this issue further and to discuss the possibility of the ILWU being permitted to perform certain work for the Coast Guard.

Regards,

BALLARD SPAHR LLP

Michael B. Baylous