# EXHIBIT E

U.S. Department of Homeland Security

United States Coast Guard

Commanding Officer
United States Coast Guard
Civil Engineering Unit Juneau

709 W. 9th St. Suite 817
P.O. Box 25517
Juneau, AK 99801
Phone: (571) 608-4457

11000
January 30, 2025

Ballard Spahr LLP
Mr. Michael B. Baylous
1600 A Street, Suite 304
Anchorage, AK 99501

Dear Mr. Baylous:

The Coast Guard is in discussions with your client's sublessee, Paradigm Marine LLC, to ensure pier space is available in Women's Bay for Coast Guard Cutters stationed out of Base Kodiak. They execute the nation's National Security mission for the Alaska Region and due to pier recapitalization at Base Kodiak, need moorage. The lease we have negotiated with your subleasee provides this needed space and allows for necessary improvements. Based on your letters, Matson has not consented to this lease due to an objection raised by the ILWU.

The conflict between Matson and the ILWU is delaying the Coast Guard's lease with Paradigm and delaying the work needed to prepare the moorage for the incoming Coast Guard assets. **This work must begin immediately.** The ILWU's concerns raised in your January 17, 2025, letter are unfounded. The work that the ILWU performs for Matson vessels are performed entirely by Coast Guard active duty uniformed personnel wherever they are stationed. There are no potential positions that could be held by a member of the ILWU as a result of this work. Additionally, the barges to be leased to the Coast Guard are anchored into the seabed of Women's Bay, property owned by the US Coast Guard. The Coast Guard has no obligation and no contractual agreement with the ILWU to have it perform work on the Coast Guard's behalf.

Additionally, as your client is aware, its use of a significant portion of the property is granted under permit (a land use license) from the US Fish and Wildlife Service via permit number M-210-AM. (Attached). The Coast Guard's proposed use may include those areas under license to Matson. According to Paragraph 6 of the permit conditions, the Fish and Wildlife Service reserved the United States' right of access and use of the property as long as it's consistent with the currently permitted operations. The pending moorage lease and subsequent lease for parking and staging is consistent with current site operations. As such, any interference with the Coast Guard's use of this property, owned by the United States, jeopardizes the permit.

We negotiated the pending lease in good faith with enough lead time to accommodate the cutters' arrival. This new delay is impacting our mission readiness. We expect the lease with Paradigm to be executed so that work may begin in earnest, and moorage made available for Coast Guard vessels immediately.

If you have any questions, you may contact Mr. Chris Coutu at (907) 290-1326, or by email at Christopher.F.Coutu1@uscg.mil

Sincerely,

HEFFNER.TYLER.KENTON.1256902350
Digitally signed by HEFFNER.TYLER.KENTON.1256902350
Date: 2025.01.30 16:27:31 -09'00'

T. K. Heffner
Commanding Officer
United States Coast Guard